IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

I.H.E.; V.H.E.; MARIA ESPINOZA AGUILAR
and JAMIE HERNANDEZ OLIVARES,

    Plaintiffs,

vs.                                                No. CIV 23-1062 JB/JFR

ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security; UR
JADDOU, Director of U.S. Citizenship and
Immigration Services; UNITED CITIZENSHIP
AND IMMIGRATION SERVICES and
MERRICK GARLAND, U.S. Attorney General,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Plaintiffs' Notice of Dismissal, filed February 19, 2024 (Doc. 4)("Dismissal Notice"). In the Dismissal Notice, pursuant to "Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure," the Plaintiffs "provide notice of the dismissal of this action." Dismissal Notice at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) the Plaintiffs' Complaint for Writ of Mandamus And Declaratory Judgment, filed November 29, 2023 (Doc. 1), is dismissed without prejudice; (ii) the case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel*:

Heather M. Kryzak
H. Kryzak Law, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Alexander M.M. Uballez
  United States Attorney
Nicholas M. Sydow
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*